IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

RECEIVED
2006 SEP -5 A 9:43

GREGORY FERGERSON
Plaintiff(s)

3:06cv777-MHT

vs.

WARDEN KENNETH JONES, et. al.
Defendant(s)

I, GREGORY FERGERSON, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?    YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   1999    $1100.00 MONTH
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( )  NO (✓)
   B. Rent payments, interest or dividends?  YES ( )  NO (✓)
   C. Pensions, annuities or life insurance payments? YES ( )  NO (✓)
   D. Gifts or inheritances?   YES ( )   NO (✓)
   E. Any other sources?   YES (✓)  NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]     YES (✓)    NO ( )

   If the answer is YES, state the total value of the items owned.
   _____$6.63_____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?     YES ( )    NO (✓)

   If the answer is YES, describe the property and state its approximate value.
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. ____N/A_____
   _____
   _____
   _____


                                    X_Gregory M. Ferguson_____
                                      Signature of Affiant


STATE OF ALABAMA         )
COUNTY OF _____  )


     Before me, a notary public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
     That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                    _____
                                    Signature of Affiant

Sworn to and subscribed before me this ____ day of _____, 19____.

                                    _____
                                    Notary Public

                                    _____ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-28-06__.
(date)

X *Gregory M. Fergerson*
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $6 63¢ on account to his credit at the __William E. Donaldson__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

**COPY FOR COURT ATTACHED**

_____

_____

_____

_____

Authorized Officer of Institution

DATE __August 28, 2006__

*Patricia H. Persons*
Notary

My Commission Expires 5/31/2008

```
                      STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                  W.E. DONALDSON CORR. FACILITY


AIS #: 231286    NAME: FERGERSON, GREGORY M.          AS OF: 08/28/2006

                    # OF      AVG DAILY       MONTHLY
           MONTH    DAYS       BALANCE        DEPOSITS
-------------------------------------------------------------------------

           AUG       3          $21.25          $0.00
           SEP      30          $11.58         $25.00
           OCT      31          $22.46         $60.00
           NOV      30          $15.92         $50.00
           DEC      31          $34.74        $115.00
           JAN      31          $22.58         $55.00
           FEB      28          $34.03        $120.00
           MAR      31          $25.19        $120.00
           APR      30          $23.79         $85.00
           MAY      31          $19.22         $45.00
           JUN      30          $23.08         $75.00
           JUL      31          $15.40         $45.00
           AUG      28           $8.08         $50.00
```

COURT COPY