IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

GREGORY MONTAE FERGERSON,       *
#231 286
    Petitioner,                           *

    v.                                   *       3:06-CV-777-MHT

WARDEN KENNETH JONES, *et al.*,     *

    Respondents.                  *

_____

**ORDER ON MOTION**

Pending before the court is Petitioner's motion for leave to proceed *in forma pauperis*.

Upon consideration of the motion and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby GRANTED.

Done, this 6th day of September 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE