IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY MONTAE FERGERSON ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06-CV-777-MHT |
| WARDEN KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR ENLARGEMENT**

Come now the Respondents in the above-styled cause and request an enlargement of twenty-one days to respond to this Court's Order to Show Cause. Counsel for the Respondents has been involved in other work in the appellate courts of the State of Alabama and the United States District Courts and therefore has had insufficient time in which to complete Respondents's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondents pray that this Honorable Court will grant this request for seven days to respond to Hanna's habeas corpus petition.

I am this date mailing a copy of this request for an extension of time to the petitioner.

                          Respectfully submitted,

                          Troy King (KIN047)
                          Attorney General
                          By:


                          s/Jack W. Willis
                          Jack W. Willis(WIL075)
                          Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>26th</u> day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Gregory Montae Fergerson, AIS # 231286/E-66, WE Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama 35023</u>.

             s/Jack W. Willis
             Jack W. Willis (WIL075)
             Office of the Attorney General
             Alabama State House
             11 South Union
             Montgomery, AL  36130-0152
             Telephone: (334) 242-7300
             Fax: (334) 242-2848
             E-Mail: Jwillis@ago.state.al.us

184159/99390-001