IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| GREGORY MONTAE FERGERSON, #231 286 | * |
| Petitioner, | * |
| v. | *   3:06-CV-777-MHT |
| WARDEN KENNETH JONES, *et al*., | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' motion (Doc. No. 7) is GRANTED; and

2. Respondents are GRANTED an extension from September 27, 2006 to October 18, 2006 to file their answer.

Done, this 27th day of September 2006.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE