IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA - EASTERN DIVISION

GREGORY MONTAE FERGERSON,   *

PETITIONER,                 *   CIVIL ACTION NO.

VS.                         *   3:06-CV-777-MHT

WARDEN KENNETH JONES, ET.AL.,   *

RESPONDENTS.                *

### MOTION TO ORDER RESPONDENTS TO PRODUCE RECORD

**COMES NOW** PETITIONER, GREGORY MONTAE FERGERSON ("FERGERSON"), IN THE ABOVE-STYLED CAUSE AND OBJECTS TO THE ANSWER FILED BY RESPONDENTS ON OR ABOUT OCTOBER 18, 2006, ON THE BASIS THAT IT IS DEFICIENT. PETITIONER MOVES THIS COURT TO ORDER THE RESPONDENTS TO CORRECT SAID DEFICIENCY. IN SUPPORT THEREOF THE FOLLOWING IS SHOWN:

1. PURSUANT TO RULE 5(d), <u>FEDERAL RULES GOVERNING SECTION 2254 CASES</u>, THE RESPONDENTS **MUST** FILE WITH THE ANSWER A COPY OF "(1) ANY BRIEF THAT THE PETITIONER SUBMITTED IN AN APPELLATE COURT CONTESTING THE CONVICTION OR SENTENCE, OR CONTESTING AN ADVERSE JUDGMENT OR ORDER IN A POST-CONVICTION PROCEEDING; (2) ANY BRIEF THAT THE PROSECUTION SUBMITTED IN AN APPELLATE COURT RELATING TO THE CONVICTION OR SENTENCE..." THE ANSWER IS DEFICIENT BECAUSE IT OMITS THE FOLLOWING DOCUMENTS AS REQUIRED BY RULE 5(d):

   (1) STATE'S BRIEF ON DIRECT APPEAL

   (2) FERGERSON'S BRIEF ON DIRECT APPEAL

   (3) FERGERSON'S REPLY BRIEF ON DIRECT APPEAL

   (4) FERGERSON'S APPLICATION FOR REHEARING ON DIRECT APPEAL

   (5) FERGERSON'S PETITION FOR A WRIT OF CERTIORARI TO THE ALABAMA SUPREME COURT ON DIRECT APPEAL

(7) STATE'S BRIEF ON APPEAL IN POST-CONVICTION PROCEEDING

(8) FERGERSON'S REPLY BRIEF ON APPEAL IN POST-CONVICTION PROCEEDING

(9) FERGERSON'S APPLICATION FOR REHEARING ON APPEAL IN POST-CONVICTION PROCEEDING

2. THE STATE FAILED TO SERVE A COPY OF "RESPONDENTS' EXHIBIT RX-1" ON FERGERSON. THE STATE SERVED A COPY ON THIS COURT, BUT AS EVIDENCED BY THE CERTIFICATE OF SERVICE ATTACHED TO THEIR ANSWER (p. 40) THEY DID NOT SERVE A COPY ON FERGERSON. RESPONDENTS REFERENCE CITATIONS TO THIS DOCUMENT IN THEIR ANSWER, AND IN ORDER FOR FERGERSON TO ADEQUATELY PREPARE HIS REPLY TO SAME IT IS IMPERATIVE THAT HE ALSO HAVE A COPY. IT SHOULD ALSO BE NOTED THAT FERGERSON NEEDS THIS DOCUMENT TO CHALLENGE THE SUFFICIENCY OF THE EVIDENCE ADDUCED IN STATE COURT WHICH ALLEGEDLY SUPPORTS THE STATE'S POSITION IN THEIR ANSWER. FERGERSON IS INDIGENT, AND ACCORDING TO 28 U.S.C. 2254(f), THE STATE SHALL PRODUCE THAT PART OF THE RECORD IN THIS SITUATION.

**WHEREFORE,** THE PREMISES CONSIDERED, FERGERSON PRAYS THIS COURT WILL ORDER THE STATE TO PRODUCE THE DOCUMENTS STATED ABOVE AND TO FURNISH A COPIES THEREOF TO HIM.

**PROOF OF SERCICE**

I DO HEREBY CERITFY THAT A COPY OF THIS MOTION HAS BEEN SERVED ON THE RESPONDENTS BU PLACING SAME IN THE PRISON MAILBOX, FIRST CLASS POSTAGE PREPAID AND THUSLY ADDRESSED:

STATE OF ALABAMA OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL 36130

**DECLARATION UNDER PENALTY OF PERJURY**

I DO HEREBY DECLARE UNDER THE PENALTY FOR PERJURY THAT THE

FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPECTFULLY SUBMITTED,

*Gregory Fergerson*　　　　　　　　　OCTOBER 20, 2006
GREGORY MONTAE FERGERSON
#231286/E-66
100 WARRIOR LANE
BESSEMER, AL 35023-7299