IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

GREGORY MONTAE FERGERSON,   *
#231 286
    Petitioner,   *

v.   *   3:06-CV-777-MHT

WARDEN KENNETH JONES, *et al.*,   *

    Respondents.   *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's October 24, 2006 pleading, construed as a Motion for Service of Exhibits, and for good cause, it is

ORDERED that the motion (Doc. No. 10) be and is hereby GRANTED. Accordingly, it is further

ORDERED that on or before November 9, 2006 Respondents shall:

1. Furnish Petitioner with a copy of the exhibits filed with their October 18, 2006 answer;

2. Furnish the court and Petitioner with a copy of the nine (9) documents referenced in Petitioner's October 24 motion if not heretofore filed; and

3. Produce a copy of the transcript of the hearing on Petitioner's request to withdraw his guilty plea.

Done, this 27th day of October 2006.

                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE