IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY MONTAE FERGERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:06-CV-777-MHT |
| WARDEN KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

RECEIVED
2006 NOV -1  P 2: 38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**SERVICE OF EXHIBITS**

Comes now the attorney for the Respondents in the above-styled cause and in response to this Court's Order granting Fergerson's motion for service of exhibits (Doc. No. 11) states the following:

1. On this day the attorney for Respondents has served Fergerson, by mail, the following documents:

(1) the entire appellate transcript of Fergerson's guilty plea proceedings including the hearing on his request to withdraw his guilty plea (RX-1);

(2) Fergerson's brief on direct appeal ;

(3) The State's brief on direct appeal;

(4) Fergerson's reply brief on direct appeal;

(5) Fergerson's application for rehearing and brief in support of his application for rehearing;

(6) Fergerson's petition for writ of certiorari on direct appeal;

(7) Fergerson's brief in support of his petition for writ of certiorari;

(8) The State's brief on appeal from the denial of Fergerson's post-conviction petition;

(9) Fergerson's reply brief on appeal from the denial of his post-conviction petition; and,

(10) Fergerson's application for rehearing and brief in support of the rehearing from the denial of his post-conviction petition including his cover letter dated June 26, 2006.

2. All other exhibits filed with the response were served on Fergerson by mail on October 18, 2006. A review of the record of the state and federal proceedings indicates Fergerson should have two copies of all the documents filed as exhibits by the State in its original answer and two copies of the briefs filed pursuant to this Court's October 27, 2006 order.

Respectfully submitted,

Troy King (KIN047)
Attorney General

By-

_____
Jack W. Willis (WIL075)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>1st</u> day of November, 2006, I served a copy of the foregoing on Fergerson, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

>Gregory Montae Fergerson
>AIS # 231286/E-66
>WE Donaldson Correctional Facility
>100 Warrior Lane
>Bessemer, Alabama 35023-7299

/s/ Jack W. Willis
Jack W. Willis (WIL075)
Assistant Attorney General

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848

198886/99390-001