IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA, EASTERN DIVISION

GREGORY MONTAE FERGERSON,          *

PETITIONER,                        *     CIVIL ACTION NO.

VS.                                *     3:06-CV-777-MHT

WARDEN KENNETH JONES, et.al.,      *

RESPONDENTS.                       *

**MOTION FOR TIME AND LEAVE TO FILE REPLY TO STATE'S RESPONSE**

COMES NOW YOUR PETITIONER IN THE ABOVE STYLED CAUSE AND RE-

SPECTFULLY MOVES THIS COURT FOR TIME AND LEAVE TO FILE A REPLY

TO THE STATE'S RESPONSE TO HIS § 2254 PETITION WHICH WAS FILED

ON OR ABOUT OCTOBER 18, 2006. IN SUPPORT THEREOF THE FOLLOWING

IS SHOWN:

1. THE STATE OF ALABAMA FILED THEIR RESPONSE TO PETITIONER'S

§ 2254 PETITION ON OR ABOUT OCTOBER 18, 2006, AND MOVED FOR

DENIAL OF THE PETITION.

2. PURSUANT THIS COURT'S ORDER, THE STATE SERVED COPIES OF

EXHIBITS ON PETITIONER ON OR ABOUT NOVEMBER 7, 2006, WHICH THEY

HAD FAILED TO SERVE WITH THE FILING OF THEIR EARLIER RESPONSE.

3. PETITIONER DESIRES TO ANSWER FULLY ALL CLAIMS RAISED IN

THE STATE'S RESPONSE, AND HE HEREBY REQUESTS FOR LEAVE TO FILE

SUCH A REPLY AND FOR AN APPROPRIATE AMOUNT OF TIME IN WHICH

TO PREPARE AND FILE SAID REPLY.

**WHEREFORE,** ABOVE BEING CONSIDERED, PETITIONER PRAYS THIS COURT

WILL GRANT THIS REQUEST.

### PROOF OF SERVICE

I DO HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN

SERVED ON RESPONDENTS BY PLACING SAME IN THE PRISON MAILBOX,

FIRST CLASS POSTAGE PREPAID AND THUSLY ADDRESSED:

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL 36130

### DECLARATION UNDER PENALTY FOR PERJURY

I DO HEREBY DECLARE UNDER THE PENALTY FOR PERJURY THAT THE

FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPECTFULLY SUBMITTED,

*Gregory M. Fergerson*                    NOVEMBER 16, 2006
GREGORY MONTAE FERGERSON
#231286/B-37
100 WARRIOR LANE
BESSEMER, AL 35023-7299