IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

GREGORY MONTAE FERGERSON,            *
#231 286
    Petitioner,                  *

    v.                           *        3:06-CV-777-MHT

WARDEN KENNETH JONES, *et al.*,      *

    Respondents.                 *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Extension of Time to Respond to Respondents' Answer, and in light of the court's November 21, 2006 order (Doc. No. 14), it is

ORDERED that the motion (Doc. No. 15) be and is hereby DENIED as moot.

Done, this 27th day of November 2006.

                                                                        /s/Delores R. Boyd
                                                                       DELORES R. BOYD
                                                                       UNITED STATES MAGISTRATE JUDGE