IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

GREGORY MONTAE FERGERSON,      *
#231 286
    Petitioner,      *

v.      *      3:06-CV-777-MHT

WARDEN KENNETH JONES, *et al.*,      *

    Respondents.      *

_____

**ORDER ON MOTION**

Petitioner has filed a motion for appointment of counsel. The undersigned concludes that the motion is due to be denied.

This case is currently pending on Petitioner's application for habeas corpus relief, Respondents' answer thereto, and Petitioner's response. No additional pleadings are necessary to a determination of the issues presented herein and Petitioner will be informed of any action undertaken by the court on his petition.

Accordingly, it is ORDERED that the motion for appointment of counsel (*Doc. No. 18*) be and is hereby DENIED.

Done, this 5th day of March 2008.

          /s/ Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE